

**Entered on Docket
August 19, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

David Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for John Ellsworth Lutz

E-FILED: August 4, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**John Ellsworth Lutz**,<br><br><div style="text-align:center">Debtor(s).</div> | ) Case No. BKS-09-19151-MKN<br>) Chapter 13<br>)<br>)<br>) Hearing Date:  July 30, 2009<br>) Hearing Time:  3:30 P.M.<br>)<br>)<br>)<br>) |

## ORDER ON MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF COUNTRYWIDE HOME LOANS (ACCT ENDING IN 7752) PURSUANT TO 11 U.S.C. §506(a) AND §1322 BY DEBTOR

THE ABOVE MATTER having been heard at the time and date above the Court Finds as

follows:

1.    The Debtor's property located at 9132 RIPPLE RIDGE AVENUE #103,

LAS VEGAS, NEVADA, 89149 (the "Subject Property") is valued at

$118,008.00.

2.      That on the filing date of the instant Chapter 13 petition,

COUNTRYWIDE HOME LOANS (ACCT ENDING IN 7752)'s claim

was wholly unsecured.

**IT IS THEREFORE ORDERED THAT** COUNTRYWIDE HOME LOANS

(ACCT ENDING IN 7752)'s secured claim is "Stripped off" and shall be avoided

pursuant to 11 U.S.C. Section 506(a);

**IT IS FURTHER ORDERED THAT** COUNTRYWIDE HOME LOANS

(ACCT ENDING IN 7752)'s secured rights and/or lien-holder rights in the Subject

Property are hereby terminated and COUNTRYWIDE HOME LOANS (ACCT ENDING

IN 7752)'s claim shall be treated as an "unsecured" claim in the Debtor's Chapter 13;

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter

is dismissed or converted to a Chapter 7 proceeding the instant Order shall be vacated.

DATED August 4, 2009

HAINES & KRIEGER, L.L.C.

By:      __/s/David Krieger, Esq.
David Krieger, Esq.
Attorney for Debtor(s)

/./.

- 2 -

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    APPROVED:

    DISAPPROVED:

    FAILED TO RESPOND: Rick A. Yarnall, Esq.

<div align="center">###</div>